Same case below, 577 F.3d 107.

**No. 09-7565. Peter J. Corines, Petitioner v. J. M. Killian, Warden.**

559 U.S. 1031, 130 S. Ct. 1881, 176 L. Ed. 2d 404, 2010 U.S. LEXIS 2499.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 09-8548. Darryl L. Brown, Petitioner v. United States.**

559 U.S. 1031, 130 S. Ct. 1889, 176 L. Ed. 2d 404, 2010 U.S. LEXIS 2363.

March 22, 2010. Motion of petitioner to seal the petition for a writ of certiorari denied. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8697. Elena Chitoiu, Petitioner v. UNUM Provident Corp., et al.**

559 U.S. 1031, 130 S. Ct. 1901, 176 L. Ed. 2d 404, 2010 U.S. LEXIS 2350.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 345 Fed. Appx. 625.

**No. 09-9033. Michael Prescott, Petitioner v. United States.**

559 U.S. 1031, 130 S. Ct. 1919, 176 L. Ed. 2d 404, 2010 U.S. LEXIS 2370.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 360 Fed. Appx. 209.

**No. 09-9125. Ahmed Abdel Sattar, Petitioner v. United States.**

559 U.S. 1031, 130 S. Ct. 1924, 176 L. Ed. 2d 404, 2010 U.S. LEXIS 2509.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 590 F.3d 93.

**No. 09-9135. Jose Mercede, Petitioner v. United States.**

559 U.S. 1032, 130 S. Ct. 1925, 176 L. Ed. 2d 404, 2010 U.S. LEXIS 2494.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 354 Fed. Appx. 477.

**No. 09-9267. Rod M. Sharpley, Petitioner v. United States.**

559 U.S. 1032, 130 S. Ct. 1932, 176 L. Ed. 2d 404, 2010 U.S. LEXIS 2460.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 355 Fed. Appx. 488.